# Court of Appeals
# of the State of Georgia

ATLANTA,___November 02, 2016___

*The Court of Appeals hereby passes the following order:*

**A16A1390.  IN THE INTEREST OF W. E. B. et al., children.**

We granted the mother's application for discretionary appeal to review the juvenile court's order terminating her parental rights to three of her children. After having thoroughly reviewed and considered the record, including the transcript of the termination hearing, which transcript was not available at the time this Court granted the mother's application, we conclude that the evidence viewed in the proper light supports the juvenile court's findings and the order terminating the mother's parental rights. Therefore, we further conclude that the application for discretionary appeal was improvidently granted. Accordingly, the order granting the mother's application is vacated, and this appeal is hereby **DISMISSED**.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____11/02/2016_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] See generally *In the Interest of A. M. B.*, 324 Ga. App. 394, 396 (750 SE2d 709) (2013) (where record supported the order of the court below, appellate court concluded that application for discretionary appeal was improvidently granted, vacated the order granting the mother's application, and dismissed the appeal).